UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABDEL SELIMOVIC and
ALINA SELIMOVIC,

                Plaintiffs,                                  **MEMORANDUM AND**
                                                                     **ORDER**
     - against -                                                        16-CV-298 (RRM) (ST)

SOUTH SIDE ASSOCIATES LLC and
JOSEPH WEISS,

                Defendants.
-----------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, Chief United States District Judge.

       Abdel and Alina Selimovic brought this action against South Side Associates LLC ("South Side") and Joseph Weiss, alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, ("Title VII"), as well as breach of contract and negligence claims. (Compl. (Doc. No. 1).) In an order issued on May 18, 2020, this Court dismissed the Selimovics' claim against Weiss. (Order Dismissing (Doc. No. 33).) The Court did not dismiss Abdel Selimovic's claim against South Side, however, and ordered Selmovic "to show cause in writing within 30 days of the date of this Order as to why his Title VII claim should not be dismissed for failure to exhaust and as to why South Side is not entitled to summary judgment on the Title VII claim on the basis that it did not employ Selimovic." (*Id.* at 11.) In a June 22, 2020, order, the Court noted that Selimovic had failed to comply with this Order to Show Cause and had "also failed to appear at two successive telephone conferences ordered by Magistrate Judge Tiscione." (Order of 6/22/2020.) The Court directed to Selimovic to file a letter with the Court by July 6, 2020, responding to the Court's May 18, 2020, order "or otherwise explaining why this action should not be dismissed for failure to prosecute." (*Id.*) To date, Selimovic has not complied with the May 18 or July 6, 2020, orders.

2

Accordingly, for the reasons set forth in the Court's Memorandum and Order dated May 18, 2020, this action is dismissed. The Clerk of Court is directed to enter judgment for defendants and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
      October 12, 2020

*Roslynn R. Mauskopf*

_____

ROSLYNN R. MAUSKOPF
Chief United States District Judge

2